IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

**BROWN BOTTLING GROUP, INC.** **PLAINTIFF**

vs. CIVIL ACTION No.: 3:19-CV-142-HTW-LRA

**IMPERIAL TRADING, CO., LLC,
LONG WHOLESALE, INC., AAA
CASH & CARRY WHOLESALE, INC.,
THE CORR-WILLIAMS COMPANY,
THE H.T. HACKNEY CO., MS
WHOLESALES 1 INC., and W.L.
PETREY WHOLESALE CO., INC.** **DEFENDANTS**

## ORDER

BEFORE THIS COURT are the following two (2) motions: defendant AAA Cash & Carry Wholesale, Inc.'s Motion to Dismiss Complaint **[Docket no. 17]**; and defendant Imperial Trading Co., L.L.C.'s Motion to Dismiss Complaint **[Docket no. 19]**. Both motions were filed before plaintiff filed its amended complaint. Since plaintiff filed its amended complaint, defendants have filed motions to dismiss amended complaint. Accordingly, this court finds the above listed motions moot.

**IT IS, THEREFORE, ORDERED** that defendant AAA Cash & Carry Wholesale, Inc.'s Motion to Dismiss Complaint [Docket no. 17] and defendant Imperial Trading Co., L.L.C.'s Motion to Dismiss Complaint [Docket no. 19] are MOOT and DENIED AS SUCH.

**SO ORDERED** this the 12th day of January, 2020.

                                      **/s/HENRY T. WINGATE**
                                      **UNITED STATES DISTRICT COURT JUDGE**